Case 1:22-cr-00049-JAO   Document 9   Filed 06/21/22   Page 1 of 1   PageID.45

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jun 21, 2022, 4:35pm
Pam Hartman Beyer, Clerk of Court

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

United States of America
v.
MATTHEW BELANGER

Defendant

Case No. Mag. No. 22-1003 KJM

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   MATTHEW BELANGER

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Aiding and abetting the making of a false statement to a federal firearm licensee that was material to the lawfulness of the sale of a firearm and pertained to information required to be kept by the licensee in connection with purchase of firearm; Conspiring to do same, in violation of 18 U.S.C. §§ 2, 371, 922(a)(6), and 924(a)(1)(A).

Date: June 8, 2022 at 9:38 a.m.

Kenneth J. Mansfield
United States Magistrate Judge

City and state:   Honolulu, Hawaii

### Return

This warrant was received on (date) 6/8/2022, and the person was arrested on (date) 6/10/2022
at (city and state) Selden, NY

Date: 6/10/2022

Arresting officer's signature

Steel Stewart, Special Agent
Printed name and title