CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Craig.Nolan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 22-00049 JAO |
| Plaintiff, | OPPOSITION TO DEFENDANT'S MOTION TO REVIEW DETENTION ORDER; CERTIFICATE OF SERVICE |
| v. | |
| MATTHEW BELANGER, | |
| Defendant. | |

## TABLE OF AUTHORITIES

| Cases | Page(s) |
|---|---|
| *Saint Francis College v. Al-Khazraji*, 481 U.S. 604 (1987) | 2 |
| *Shaare Tefila Congregation v. Cobb*, 481 U.S. 615 (1987) | 2 |

| Statutes | Page(s) |
|---|---|
| 18 U.S.C. § 247 | 2 |
| 18 U.S.C. § 249 | 2 |
| 18 U.S.C. § 3142 | 1 |
| 18 U.S.C. § 371 | 2 |
| 18 U.S.C. § 922 | 2 |
| 18 U.S.C. § 924 | 2 |
| 42 U.S.C. § 1981 | 2 |
| 42 U.S.C. § 1982 | 2 |

## OPPOSITION TO DEFENDANT'S MOTION
## TO REVIEW DETENTION ORDER

The United States of America hereby opposes defendant's Motion to Review Detention Order (ECF No. 13). Defendant presents both a danger to the community and a risk of non-appearance that cannot be reasonably mitigated by any condition or combination of conditions of release. In particular, substantial evidence demonstrates that defendant has planned to attack with firearms and Molotov cocktails, i.e., homemade explosives, a synagogue in his home state of New York, engaged in live exercises to practice such an attack, and made plans to engage in widespread homicide and sexual assault to decrease the number of minority residents in the United States. Further, to the extent that defendant seeks to reside with his family as proposed at his initial appearance and removal hearing in the Eastern District of New York, such plan is unacceptable because defendant would be living in the same household as his co-conspirator for the charged offenses. Consequently, defendant's motion should be denied, and defendant should remained detained pending trial.

Defendant is eligible for detention because the charged offenses are felonies not otherwise a crime of violence involving the possession of a firearm, 18 U.S.C. § 3142(f)(1)(E), and because a serious risk exists that defendant will flee, *id.* § 3142(f)(2)(A). The Indictment charges defendant with strawman purchases of a firearm in Counts 2 and 3, and conspiracy to do the same in Count 1, in violation

of 18 U.S.C. §§ 371, 922(a)(6), 924(a)(2), 924(a)(1)(A), and 2. Defendant faces a statutory maximum of 20 years imprisonment if convicted of all three offenses. Defendant is a resident of the Long Island area of New York, having returned there after being discharged from the United States Marine Corps (USMC) under Other Than Honorable Conditions for Misconduct (Serious Offense), specifically for dissident/extremist activity, on or about May 10, 2021. At the time of his arrest, defendant was residing with his mother and step-father, who are believed to be relocating, or are about to relocate, to Florida.

The Federal Bureau of Investigation (FBI) began investigating defendant while he was a member of the Marine Corps stationed in Honolulu for conspiring to violate:

a. 18 U.S.C. § 249(a)(1), which prohibits willfully causing bodily injury or attempting to cause bodily injury by using fire, a firearm, an explosive or incendiary device, or other dangerous weapon because of the actual or perceived race, color, religion, or national origin of any person; and

b. 18 U.S.C. § 247(c), which prohibits intentionally defacing, damaging, or destroying religious real property based on the religious, ethnic, or racial characteristics of the property because of the race, color or ethnic characteristics of any individual associated with that religious property.[1]

---

[1] Because Jews were considered a separate race at the time the 13th Amendment to the United States Constitution was ratified, damage to synagogues—like Black churches—is proscribed by this statute. *See Shaare Tefila Congregation v. Cobb*, 481 U.S. 615, 617 (1987) (holding Jews are race for purposes of 42 U.S.C. § 1982); *see also Saint Francis College v. Al-Khazraji*, 481 U.S. 604, 613 (1987) (holding Arabs are a race for purposes of 42 U.S.C. § 1981).

The investigation was grounded in evidence that defendant was using social media to conspire with others, including members of a group called Rapekrieg, to commit the aforementioned hate crimes. Information obtained through interviews conducted by FBI New York indicated that defendant and his associates from Long Island, New York, who were also members of Rapekrieg, had procured weapons, uniforms, and tactical gear, and discussed committing attacks on a synagogue, Jewish persons, women, and minorities, including the rape of "enemies" to injure, oppress, threaten, and intimidate, and the rape of white women to increase the production of white children in furtherance of Raprekrieg's goal of creating a white ethno-state through accelerationist means. In addition, the FBI learned that Rapekrieg had overlapping beliefs and membership with Atomwaffen Division and Rapewaffen, similar groups whose members espouse racially motivated violent extremist Neo-Nazi rhetoric and call for acts of violence to further their extremist ideology.

During 2020, FBI agents conducted interviews of other Rapekrieg members, some of whom identified defendant as one of the leaders and administrators of Rapekrieg. In or about May 2020, members of Rapekrieg wrote and published a manifesto detailing their beliefs and the acts of violence they wish to commit to further their agenda. According to the Rapekrieg members interviewed, the

3

manifesto was produced, in part or in full, by defendant. The following are excerpts taken directly from the Rapekrieg manifesto:

  a. "Rape, for example, is an extremely effective tool against our many foes, as its verbal use as a threat or direct use against an individual greatly reduces enemy morale and strikes a nameless fear in their hearts. While this is especially effective against females, the emasculated cesspool of progressive males is just as affected, being inherently effeminate themselves. The idea of a nameless skull mask figure threatening to rape their family can subdue many into passivity. While some may reject rape as a tool, victory must be achieved no matter the cost, as we may never get another chance to save our people. Every day, the jew and its golems commit countless atrocities against our kind, but this is merely one part of the perfectly concocted jewish scheme. Combine decades of pacifying whites through jewish media and education with importing and promoting the most violent cultures to live in proximity and what do you get? The constant stream of anti-white violence that you see today. Those of us who see past the wall of lies are now at this reality's mercy, forced to bear all the hatred that recognizing the state of our race has given."

  b. "For every white child beaten, white man stabbed, white family gunned down, that malice is transferred to us tenfold. The Rape ideology seeks to channel this bottled enmity and release it upon our enemies in a manner so boundless and excruciating that nonwhites will develop an entire culture of fear around the white man for the rest of time."

  c. "…When the jew is finally threatened with its end, these females will remain in their brainwashed state. During the collapse, we will bypass their now useless ideals and breed them. Abortions will become a rarity, but we must not leave them to raise the child on their own, this has been proven to be a detrimental outcome. Much like the Rape captives of the Stone Age, they will eventually respect your dominance, and let you make the necessary decisions to guide your new white family onward."

  d. "…If you have any doubts about being able to pull the trigger on a jewish child, then you are not mentally prepared for the level of violence that first-world collapses will bring. To be successful in this battle for survival, the white man must learn to hate, seeing red the moment he lays his eyes on a member of the race that has inflicted unspeakable horrors onto his people."

e. "Psychological warfare is continuing to be developed by our governments as sixth generational war tactics take center stage. While any hopes of matching the scope or funding of their hidden black projects are laughable, inflicting psychological warfare on our enemies will be imperative in eroding their morale, as well as sending a clear message to the spectator-population that our rule will be unopposed. Enemies of the white race will be hanged, burned, drowned, raped and tortured to achieve this. A culture of violence is the only way to mobilize what little of the race-conscious whites are left in the struggle to end semitism. You cannot simply remove one head of the jewish hydra, every jew must be killed to ensure that their tribe can no longer congregate to harm whites ever again."

According to a witness ("W1") who was friends with the defendant and other Rapekrieg members, in or about February 2020, defendant and another Rapekrieg member showed up unannounced at the witness' residence wearing tactical equipment, including camouflage, body armor, and bullet proof head gear. Defendant told W1 that he wanted to conduct an exercise in the woods, and asked W1 to demonstrate tactics W1 learned while in the USMC. Defendant took W1 into the woods near defendant's residence to conduct the exercises. Defendant specifically asked W1 to share his knowledge and training about assaulting aircraft and how to keep a low profile while patrolling. W1 summarized the entire event as bizarre and an exercise defendant seemed to take seriously.

According to W1, in or about May 2020, W1 received another communication from defendant, who was utilizing his social media, displaying pictures of a Lugar style pistol. Defendant discussed pricing of the firearm, and how he got it for a great deal. In an interview conducted by FBI agents on October

20, 2020, defendant stated he owned two firearms, described as a bolt action rifle and a Remington Model 870 tactical express shotgun, which he said he was storing at his residence in New York. Defendant confirmed he has access to more weapons, some of which would be illegal for him to own, through Associate 1 (his uncharged co-conspirator referenced in the Indictment). Defendant never mentioned the Lugar-style pistol to the FBI during his interview, which is the firearm purchased by defendant's strawman as charged in the Indictment.

     W1 also provided a screen shot of a conversation he observed between two social media accounts with display names Adolf Hitler and Goebbels. (Given the substance and context of communications, the latter account display name appears to be borrowed from Paul Joseph Goebbels, an associate of Adolf Hitler and Reich Minister of Propaganda of Nazi Germany.) W1 identified the Adolf Hitler account as belonging to defendant, who subsequently confirmed for FBI that the account is his. In this conversation Goebbels stated, "[T]he Jew is the only thing between you and your dream." From the Adolf Hitler account, defendant replied, "That fucking synagogue is going to get it." Goebbels then followed up with a document containing techniques and methods associated with attacking members of the Jewish community. The document identified two individuals popular for their work with the Jewish community along with associated physical addresses. The

following are excerpts taken directly from the document provided by Goebbels to defendant:

    a. "You don't accomplish anything when you shoot random Jews at a synagogue that aren't significant in any way."

    b. "If you don't have anything else to live for and your life doesn't have much value, go after members of the media, political organizations, financers of organizations, high profile activists, etc. that out way your influence and impact. You can get untraceable guns off armslist by buying a gun with cash from a random person and you can buy ammo from any gun store with cash. Street cameras can identify your license plates, so steal a pair of plates from the state that you're committing your crime. I suggest practicing replacing license plates on your vehicle so you can swap them out fast. Also make sure to pay for gas, road tolls, food, etc. with cash only and take the battery out of your phone or leave your phone at home so your location can't be traced."

    c. "Before you do this, delete all your social media, destroy your hard drives and any evidence that would suggest your motive if you get caught."

During an interview in or about August 2020, an associate (hereafter referred to as "W2") of defendant who is also a member of Rapekrieg and participated in some of the overt acts done in furtherance of the suspected conspiracy being investigated by the FBI provided the following information: Rapekrieg members have purchased uniforms, including black body armor with level-3 plates, military helmets, green utility uniforms, and a skull facemask. Rapekrieg members have conducted training together approximately once per year since 2017 with real firearms. Defendant and other Rapekrieg members also trained with airsoft guns in the woods across from a synagogue in the Long Island

area of New York.  When training in the woods, Rapekrieg members acted as if their enemy was Zionist Order of Governments ("ZOG"). (ZOG is an acronym commonly used by white supremacist for "Zionist Occupied Government," which reflects the belief that the U.S. government is controlled by Jews.) W2 attended training with the group once in 2017.

According to W2, defendant and other Rapekrieg members have plans to take action against specified and unspecified targets.  Defendant and Rapekrieg members originally discussed "shooting up" the synagogue, but eventually decided that burning it down at night using Molotov cocktails was a better plan.  According to W2, some of the Rapekrieg members have indicated they performed operational surveillance on the synagogue specifically to identify any security cameras located on the building.  W2 said these conversations took place prior to defendant joining the USMC in 2019.

The FBI has performed a digital evidence review of two phones and one laptop belonging to defendant seized in or about October 2020.  As a result, FBI located approximately 1,950 images, videos and documents related to white power groups, Nazi literature, brutality towards the Jewish community, brutality towards women, rape, previous mass murderers such as Dylan Roof, firearms, body armor, instructional documents on how to build explosives and/or illegal firearms, violent uncensored executions and/or rape, and other disturbing content.  All items

reviewed spanned from approximately 2016 to October 2020 and show a pattern of progression towards more extreme, graphic, and violent content.

In or about December, 2019, FBI New York received reporting from a confidential source ("CHS1") that as a member of the USMC, defendant has made many statements in the Rapekrieg group chat regarding his military service and personal information; defendant posted several self-images via an encrypted social media application wearing military fatigues and full tactical gear consistent with USMC issued clothing, and other equipment, gloves, vest with a Velcro "Ballistic" label, and a skull mask (which are common apparel used by Neo-Nazi and hate group organizations such as Atomwaffen Division); defendant wore and displayed various Neo-Nazi insignia and patches in his photos; defendant commented in these photos that he was wearing a USMC helmet, "slightly upgraded PASGT"; and he also stated, "Built in fans keep me cool while on the rape beat," and "The boonie stays on during rape."

FBI has obtained reporting and screenshots from CHS1 showing in or about June 2020, defendant stated, "Good find" on the encrypted group chat in response to a picture of a young female identified by another member of the Rapekrieg group as a "jew." The Rapekrieg group also shared among themselves the young girl's music school and high school locations, along with YouTube videos of the young girl playing at a recital. An unidentified member of the group stated,

"Could possibly get her pretty easy rn." Defendant responded, "I'm not on mainland currently so no."

The FBI has obtained reporting and communication screenshots from CHS1 that defendant made the following statements on the encrypted group chat regarding the nationwide protests in June 2020:

a. "Disguise yourselves as hasidic Jews and shoot until a crowd of protestors are dead"; and

b. "If [T]rump declares martial law imma have to gun down negros attacking federal buildings ironic"

In or about August 2020, FBI New York obtained information that defendant was participating in an encrypted social media platform with others articulating neo-Nazi ideology. In communicating with the social media group, defendant admitted he is a Nazi and encouraged the group's members to follow defendant's "Jew Twitter," @Ishillingstein. Defendant explained the purpose of his Twitter account was to generate Black hate towards the Jewish community by making derogatory statements while disguised as a Jewish man. An FBI review of publicly available aspects of the @Ishillingstein Twitter account in or about August 2020 revealed that the account displayed a picture of a man with name "Israel Shillingstein," who purportedly has two adopted daughters and a husband, and the account owner had posted tweets containing hateful and racist statements about or directed toward minorities. The account also posted a photo of what

appears to be an animated muscular dog with overlaid writing that states, "In case of investigation by any federal entity or similar, I fully endorse all actions and opinions expressed in this group.  Catch me if you can, cunts[.]"

The actions and statements of defendant demonstrate by clear and convincing evidence that defendant's release pending trial would pose a danger to the community that cannot be reasonably mitigated by any condition or combination of conditions.  Further, given that a sentence of imprisonment would force defendant to reside with members of racial and ethnic groups for which he has articulated extreme hate and whose existence he has advocated be eliminated through violence, along with the fact that he cannot return home to live with his co-conspirator in the charged crimes, a preponderance of the evidence demonstrates that defendant is a risk of non-appearance or flight that cannot be reasonable mitigated by any condition of combination of conditions.  Accordingly, defendant's motion should be denied, and defendant should remain detained pending trial.

DATED:  July 14, 2022, at Honolulu, Hawaii.

>									CLARE E. CONNORS
>									United States Attorney
>									District of Hawaii
>
>									By: /s/ Craig S. Nolan
>									     CRAIG S. NOLAN
>									     Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served through CM/ECF:

Katryna Lyn Spearman, Esq.      E-mail: kspearman@lowtherwalker.com

Leighton K. Lee, Esq.      E-mail: leighton@hawaiilaw.org

Attorneys for Defendant
MATTHEW BELANGER

DATED: July 14, 2022, at Honolulu, Hawaii.

/s/ Sheila Mae Limayo
U.S. Attorney's Office
District of Hawaii