MINUSTES

| | |
|---|---|
| CASE NUMBER: | 1:22-cr-00049-JAO-1 |
| CASE NAME: | United States of America v. (1) Matthew Belanger |
| ATTYS FOR PLA: | Thomas Muehleck* for Craig Nolan |
| ATTYS FOR DEFT: | Katryna Spearman* |
| U.S. Probation Officer: | Diane Arima-Linscott |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | FTR-Courtroom 5 |
| DATE: | 07/25/2022 | TIME: | 10:30 - 10:44 a.m. |

COURT ACTION: EP: INITIAL APPEARANCE, ARRAIGNMENT AND PLEA TO THE INDICTMENT, and MOTION HEARING as to DEFENDANT (1) MATTHEW BELANGER held.

Defendant (1) Matthew Belanger, present and in custody.

Arraignment and Plea to the Indictment:

Ms. Spearman represents Indictment received and reviewed with Defendant. Defendant understands the general nature of the charges, waives public reading and enters a Plea of Not Guilty to the Indictment. Court confirms same with defendant. NOT GUILTY plea entered. Trial date and deadlines given.

| | |
|---|---|
| Jury Selection/Trial: | September 26, 2022 at 9:00 a.m. before District Judge Jill A. Otake |
| Final Pretrial Conference: | August 29, 2022 at 9:30 a.m. via telephone before Magistrate Judge Wes Reber Porter |
| Motions due: | August 15, 2022 |
| Response due: | August 29, 2022 |

Rule 16.1 Discovery Conference deadline: August 8, 2022

Pursuant to the United States District Court for the District of Hawaii's current *Order Authorizing the Use of Telephonic and Video Hearings Pursuant to the CARES Act*, the Final Pretrial Conference will be held telephonically. Call-in information for this hearing is below. Parties must connect to the conference at least five (5) minutes prior to the scheduled start time of

the hearing.

Dial: 1-833-568-8864 (toll-free)
Meeting ID: 161 0084 2470

Due Process Protection Act Advisory:

The Court orders the United States to comply with its disclosure obligations under *Brady v. Maryland* and its progeny. Failing to timely do so may result in consequences such as sanctions, adverse jury instructions, exclusion of evidence, and dismissal of charges. This order incorporates the provisions of the Court's February 1, 2021 General Order Regarding Rule 5(f).

Motion Hearing regarding ECF [13] Defendant's *Motion to Review Detention Order* ("*Motion*"):

Court takes judicial notice of its records and files including the *Indictment* ECF [6], documents from the Eastern District of New York, the Pretrial Services Addendum dated 7/24/2022, Defendant's *Motion* ECF [13], Government's *Opposition to Defendant's Motion to Review Detention Order* ECF [19], applicable rules and cited legal authority, and the representations and arguments of counsel.

Arguments heard.

Court has carefully considered the merits of Defendant's *Motion*, within the context of the records and files, the representations and arguments of counsel, and the information and recommendation of Pretrial Services and finds there is no condition or combination of conditions that will reasonably assure the appearance of the defendant as required and the safety of the community. Accordingly, the Court adopts Pretrial Services' recommendation and DENIES the *Motion*.

Defendant's ECF [13] *Motion to Review Detention Order* is DENIED. Government to prepare and submit order to the Court's orders box at Trader_Orders@hid.uscourts.gov within seven (7) days of this hearing.

Defendant is remanded to the custody of the U.S. Marshals Service.

*Submitted by: Lian Abernathy, Courtroom Manager*