CLARE E. CONNORS # 7936
United States Attorney
District of Hawaii

THOMAS MUEHLECK # 3591
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:   (808) 541-2958

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 22-00049 JAO |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER DENYING DEFENDANT'S MOTION TO |
| vs. | ) ) | REVIEW DETENTION HEARING |
| MATTHEW BELANGER, | ) ) ) | |
| Defendant. | ) ) ) | |

ORDER DENYING DEFENDANT'S MOTION
TO REVIEW DETENTION HEARING

On July 25, 2022, the Court held a hearing on Defendant Matthew

Belanger's Motion To Review Detention Hearing.  The United States was

represented by Assistant United States Attorney Thomas Muehleck.  The Defendant was present and was represented by Katryna Lyn Spearman.

After hearing argument from counsel and after reviewing reports prepared by U.S. Pretrial Services, and considering the records filed in this matter, the Court denied the Defendant's motion to review the detention hearing.  The Court accepted the recommendations made in the Pretrial Services Reports.  At the conclusion of the hearing, the Court made oral findings of fact.  Those findings are incorporated by reference here.

The Court finds that the nature and circumstances of the offenses alleged in the Indictment, in the context of the Defendant's statements and plans to kill innocent people and attack a synagogue in New York with homemade explosives, demonstrate that the Defendant is a danger to the community.  The Pretrial Services Reports note that the federal investigation revealed that the Defendant used social media to conspire with others to commit hate crimes.  This Court cannot ignore this information and accordingly adopts the recommendations of the Pretrial Services Reports.

The Court finds there are no conditions or combination of conditions that will reasonably assure the safety of the community.

## CONCLUSION

For the reasons stated above, the Defendant's Motion to Review the Detention Order is DENIED.

IT IS SO ORDERED.

DATED: July 28, 2022, at Honolulu, Hawaii.



Rom A. Trader
United States Magistrate Judge

United States of America vs. Matthew Belanger
Cr. No. 22-00049 JAO
"Order Denying Defendant's Motion To Review Detention Hearing"