CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:   (808) 541-2850
Facsimile:    (808) 541-2958
E-Mail:   Craig.Nolan@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 22-00049 JAO |
| | ) | |
| Plaintiff, | ) | UNITED STATES' SENTENCING |
| vs. | ) | STATEMENT; CERTIFICATE OF |
| | ) | SERVICE |
| MATTHEW BELANGER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

UNITED STATES' SENTENCING STATEMENT

The United States has no objections or corrections to the Draft Presentence

Report in the above-captioned matter.

DATED:    May 9, 2023, at Honolulu, Hawaii.

CLARE E. CONNORS
United States Attorney
District of Hawaii

By */s/ Craig S. Nolan*
   CRAIG S. NOLAN
   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through EM/ECF:**

Katryna Lyn Spearman        kspearman@hawaiilaw.org
Defense Counsel for Defendant
MATTHEW BELANGER

**Served Via Email:**
Justin Jo        justin_jo@hip.uscourts.gov
U.S. Probation Officer
District of Hawaii

DATED:   May 9, 2023, at Honolulu, Hawaii.


*/s/Desirai Dawson-Tolbert*
U.S. Attorney's Office
District of Hawaii