FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jun 06, 2023, 3:53 pm
Lucy H. Carrillo, Clerk of Court

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NUMBER 1:22-cr-00049-01 JAO |
| Plaintiff, | ) | |
| vs | ) | ABSTRACT OF RELEASE |
| MATTHEW BELANGER, | ) | |
| | ) | |
| Defendant. | ) | |

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of June 6, 2023 the Court entered the following order:

**X** Defendant to be released from custody forthwith

_____ Released to / continued on pretrial release

**X** Sentenced to time served

_____ Case Dismissed

_____ Released to / continued on supervised probation / unsupervised probation

_____ Released to / continued on supervised release

_____ Defendant to be released once bond conditions are met. As conditions have been met effective _____, defendant to be released forthwith.

_____ Bench warrant recalled

_____ Other: _____

Lucy H. Carrillo, Clerk of Court

/s/ Shelli Mizukami

by: Shelli Mizukami    Deputy Clerk