CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:       Craig.Nolan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 22-00049 JAO |
|---|---|
| Plaintiff, | NOTICE OF FILING DECLARATION OF INTERNET PUBLICATION; DECLARATION OF INTERNET PUBLICATION; EXHIBIT "A" |
| vs. | |
| MATTHEW BELANGER, | |
| Defendant. | |

NOTICE OF FILING DECLARATION OF INTERNET PUBLICATION

The United States of America, by and through its undersigned attorney, attaches for filing the Declaration of Internet Publication as it pertains to the

above-captioned defendant in the above-entitled case.

Dated: July 10, 2023, at Honolulu, Hawaii.

Respectfully submitted,

CLARE E. CONNORS
United States Attorney
District of Hawaii

By: */s/ Craig S. Nolan*
CRAIG S. NOLAN
Assistant U. S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 22-00049 JAO |
|---|---|
| Plaintiff, | DECLARATION OF INTERNET PUBLICATION |
| vs. | |
| MATTHEW BELANGER, | |
| Defendant. | |

DECLARATION OF INTERNET PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, Notice of Forfeiture, as it pertains to the above-captioned defendant, was duly posted on an official government internet website (www.forfeiture.gov). The publication ran for at least 30 consecutive days, beginning on June 9, 2023, as evidenced by the Advertisement Certification Report and the published Notice of Forfeiture Action, copies of which are collectively attached hereto as Exhibit "A."

//

//

//

I am authorized to make this declaration and do so based on my personal knowledge and information obtained through official government sources.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 10, 2023 at Honolulu, Hawaii.

*/s/ Jane Pascual*
JANE PASCUAL
FSA Asset Forfeiture Paralegal

# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between June 9, 2023 and July 08, 2023. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Matthew Belanger

**Court Case No:** 22-00049 JAO
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 06/09/2023 | 23.9 | Verified |
| 2 | 06/10/2023 | 23.9 | Verified |
| 3 | 06/11/2023 | 24.0 | Verified |
| 4 | 06/12/2023 | 23.9 | Verified |
| 5 | 06/13/2023 | 24.0 | Verified |
| 6 | 06/14/2023 | 23.9 | Verified |
| 7 | 06/15/2023 | 23.9 | Verified |
| 8 | 06/16/2023 | 23.9 | Verified |
| 9 | 06/17/2023 | 24.0 | Verified |
| 10 | 06/18/2023 | 24.0 | Verified |
| 11 | 06/19/2023 | 23.9 | Verified |
| 12 | 06/20/2023 | 23.9 | Verified |
| 13 | 06/21/2023 | 24.0 | Verified |
| 14 | 06/22/2023 | 24.0 | Verified |
| 15 | 06/23/2023 | 23.8 | Verified |
| 16 | 06/24/2023 | 23.9 | Verified |
| 17 | 06/25/2023 | 23.9 | Verified |
| 18 | 06/26/2023 | 23.9 | Verified |
| 19 | 06/27/2023 | 23.9 | Verified |
| 20 | 06/28/2023 | 23.9 | Verified |
| 21 | 06/29/2023 | 23.9 | Verified |
| 22 | 06/30/2023 | 23.9 | Verified |
| 23 | 07/01/2023 | 24.0 | Verified |
| 24 | 07/02/2023 | 23.9 | Verified |
| 25 | 07/03/2023 | 23.9 | Verified |
| 26 | 07/04/2023 | 23.9 | Verified |
| 27 | 07/05/2023 | 23.9 | Verified |
| 28 | 07/06/2023 | 23.9 | Verified |
| 29 | 07/07/2023 | 23.9 | Verified |
| 30 | 07/08/2023 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII, FORFEITURE DIVISION
# COURT CASE NUMBER: 22-00049 JAO; NOTICE OF FORFEITURE

Notice is hereby given that on June 06, 2023, in the case of <u>U.S. v. Matthew Belanger</u>, Court Case Number 22-00049 JAO, the United States District Court for the District of Hawaii entered an Order condemning and forfeiting the following property to the United States of America:

Miscellaneous Firearms and Accessories seized from Matthew Belanger (23-FBI-005339), including the following items:
1 Luger 9mm pistol with magazine, Serial No: 71777;
1 Rifle PTR 91 with magazine, Serial No: GI 13230; seized on or about May 31, 2023

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (June 09, 2023) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 300 Ala Moana Boulevard, Room C-338, Honolulu, HI 96850, and a copy served upon Assistant United States Attorney Sydney Spector, PJKK Federal Building, 300 Ala Moana Boulevard, Room 6-100, Honolulu, HI 96850. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition

for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Sydney Spector, PJKK Federal Building, 300 Ala Moana Boulevard, Room 6-100, Honolulu, HI  96850.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.