United States District Court
District of Hawaii
U.S. Probation and Pretrial Services Office

Jonathan K. Skedeleski
Chief U.S. Probation Officer
Prince Kuhio Federal Building
300 Ala Moana Boulevard, Room 2300
Honolulu, HI 96850
Tel: (808) 541-1400
Fax: (808) 541-1345

M E M O R A N D U M

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII  Hm
Oct 15, 2024 2:30 PM
Lucy H. Carrillo, Clerk of Court

TO: The Honorable Judge Jill Otake
U.S. District Judge

FROM: Shannon Ishikawa
US Probation Officer

SUBJECT: **BELANGER, Matthew**
**Case No.: CR 22-00049JAO-01**
**RESPONSE TO REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE**

---

This memorandum is in response to Mr. Belanger's request for early termination of supervised release, filed on 09/30/2024.

On 01/17/2023, Mr. Belanger pled guilty to Count 1: Conspiracy to Make a False Statement to a Federal Firearm Licensee, a Class D felony; and Count 2: False Material Statement During Purchase of a Firearm, a Class C felony. On 06/06/2023, he was sentenced to time served as to each of Counts 1 and 2, with all such terms to run concurrently; to be followed by 3 years supervised release as to each of Counts 1 and 2, to be served concurrently.

Mr. Belanger commenced supervised release on 06/06/2023 in the District of Hawaii. On 07/21/2023, supervised release was transferred to the Middle District of Florida.

When assessing the appropriateness of early termination, the Probation Office considers the following six criteria found in the Guide to Judiciary Policy, in addition to the totality of the client's personal history and characteristics:

1. The person does not meet the criteria of a career drug offender or career criminal (as described in 28 U.S.C. § 994(h)) or has not committed a sex offense or engaged in terrorism;
2. The person presents no identified risk of harm to the public or victims;
3. The person is free from any court-reported violations over a 12-month period;
4. The person demonstrates the ability to lawfully self-manage beyond the period of supervision;
5. The person is in substantial compliance with all conditions of supervision; and

Case 1:22-cr-00049-JAO   Document 46   Filed 10/15/24   Page 2 of 2   PageID.240

| | |
|---|---|
| RE:     **BELANGER, Matthew**<br>         **Case No.:  CR 22-00049JAO-01**<br>         <u>**RESPONSE TO REQUEST FOR EARLY**</u><br>         <u>**TERMINATION OF SUPERVISED RELEASE**</u> | Page 2<br>October 15, 2024 |

    6.    The person engages in appropriate prosocial activities and receives sufficient prosocial support to remain lawful well beyond the period of supervision.

    At the time of sentencing, Mr. Belanger was categorized as a Criminal History Category I, and his criminal history includes one arrest on 10/20/2020. In this instance, Mr. Belanger was charged with <u>Count 1</u>: CJMJ Article 115 Communicating a Threat, Threat Unknown, <u>Count 2</u>: Against Rights, <u>Count 3</u>: Interstate Communications, <u>Count 4</u>: Federally Protected Activities, and <u>Count</u> 5: Failure to Obery Order or Regulations. According to investigative reports, on 10/20/2020, investigators seized a laptop and two cellular telephones of Mr. Belanger after receiving reports that his online activities included posting a statement about potentially harming a female Jewish teen, along with proliferation of hate speech. From the laptop and two cellphones, investigators recovered approximately 1,950 images, videos, and documents related to white power groups, Nazi literature, brutality towards the Jewish community, brutality towards women, rape, mass murderers, firearms, body armor, instructional documents relating to building explosives and/or illegal firearms, violent uncensored executions and/or rape, and communications related to illegally obtained firearms. At the time of the arrest, Mr. Belanger was enlisted in the United States Marine Corps (USMC) in Honolulu, Hawaii. Prosecution in this case was declined, however, due to the findings of the investigation, he was discharged from the USMC on 05/10/2021.

    A criminal records check was completed which revealed no new arrests. Mr. Belanger also satisfied his $200 special monetary assessment.

    The following information was provided by Mr. Belanger's US Probation Officer in the Middle District of Florida regarding his performance on supervision. Mr. Belanger has been unemployed for the entirety of supervision and has not been excused from employment. In addition, he is still actively participating in court-ordered mental health treatment services once per month and is engaged with a provider for medication management. Mr. Belanger's US Probation Officer is not in support of the Early Terminations of supervision.

    Mr. Belanger has served approximately 16 months of his 36-month term of supervised release. Due to the aforementioned circumstances, the US Probation and Pretrial Services Office does not support his Motion for Early Termination of Supervised Release at this time. It is noted that supervised release is currently scheduled to expire on 06/05/2026.

| | |
|---|---|
| _[signature]_<br>Shannon Ishikawa<br>US Probation Officer | APPROVED:<br>_[signature]_<br>Jenny K. Coats<br>Supervising US Probation Officer |