CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: Craig.Nolan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW BELANGER, <br><br> Defendant. | CR. NO. 22-00049 JAO <br><br> UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF NO. 45) |

**UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION
FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF NO. 45)**

The United States of America, by and through the United States Attorney for

the District of Hawaii, hereby opposes Defendant Matthew Belanger's Motion for

Early Termination of Supervised Release (ECF No. 45).  In opposition to the motion, the government adopts the United States Probation Office's Response to Request for Early Termination of Supervised Release (ECF No. 46).  The government agrees that early termination is unwarranted given that defendant has not completed the required mental health treatment and defendant has not been employed as required during any portion of his supervised release.  Supervised release is an especially important aspect of defendant's sentence given his mental health treatment needs and defendant's participation in a hate group as discussed in the Presentence Investigation Report.  Accordingly, the government respectfully requests that the Court deny the motion.[1]

     DATED:  October 15, 2024, at Honolulu, Hawaii.

> CLARE E. CONNORS
> United States Attorney
> District of Hawaii
>
>
> By /s/ Craig S. Nolan
>    CRAIG S. NOLAN
>    Assistant U.S. Attorney

---

[1] The tone of defendant's motion is troubling.  Defendant appears to blame the government for his failure to secure employment, and downplays his participation in a hate group.  Although defendant did not lead that group as initially believed by the government, defendant participated in planning and conduct by the group that are inconsistent with a lawful and respectful society.  The government made public those details in a filing in response to defendant's motion for reconsideration of detention.

CERTIFICATE OF SERVICE

I hereby certify that, on the date(s) and by the method(s) of service noted below, a true and correct copy of the foregoing was served on the following at their last known address(es):

*Served Electronically through EM/ECF:*

    Katryna Lyn Spearman, Esq.
    Attorney for Defendant
    MATTHEW BELANGER

    DATED: October 15, 2024, at Honolulu, Hawaii.

    By /s/ *Craig S. Nolan*
    CRAIG S. NOLAN
    Assistant U.S. Attorney